IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DAVID SENEFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### INTRODUCTION

1.  Plaintiff David Seneff brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Cavalry Portfolio Services, LLC. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2.  This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3.  Venue and personal jurisdiction in this District are proper because:

    a.  Defendant's collection communications were received by plaintiff within this District;

    b.  Defendant transacts business within this District.

### PARTIES

4.  Plaintiff David Seneff is an individual who resides in the Central District of Illinois.

5.  Defendant Cavalry Portfolio Services, LLC, is a limited liability company chartered under Delaware law which does business in Illinois. Its principal place of business is located at 4050 East Cotton Center, Building 2, Suite 20, Phoenix, Arizona 85040. Its registered

agent and office is CT Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, Illinois 60604.

6. Cavalry Portfolio Services, LLC is engaged in the business of a collection agency, using the mails and telephone to collect consumer debts originally owed to others.

## FACTS

7. Defendant has been attempting to collect from Karen Spry an alleged debt.

8. Plaintiff does not know Ms. Spry's whereabouts.

9. On or about August 15, 2011, defendant left a message for plaintiff seeking to locate Ms. Spry.

10. Plaintiff returned defendant's phone call and stated that he did not know the whereabouts of Ms. Spry and that he did not want to be contacted again.

11. On or about August 22, 2011, defendant again called plaintiff seeking information regarding Ms. Spry.

## COUNT I – TCPA

12. Plaintiff incorporates paragraphs 1-11.

13. The FDCPA, 15 U.S.C. §1692b, provides:

**§ 1692b Acquisition of location information**

**Any debt collector communicating with any person other than the consumer for the purpose of acquiring location information about the consumer shall –**

**...(3) not communicate with any such person more than once unless requested to do so by such person or unless the debt collector reasonably believes that the earlier response of such person is erroneous or incomplete and that such person now has correct or complete location information...**

14. Defendant violated the FDCPA by contacting plaintiff after plaintiff had already responded to defendant's inquiry regarding the location of Ms. Spry.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of

plaintiff and against defendant for:

    (1)  Statutory damages;

    (2)  Attorney's fees, litigation expenses and costs of suit;

    (3)  Such other and further relief as the Court deems proper.

        s/Daniel A. Edelman
        Daniel A. Edelman

Daniel A. Edelman
Francis R. Greene
EDELMAN, COMBS, LATTURNER
  & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)


### NOTICE OF LIEN AND ASSIGNMENT

    Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.  All rights relating to attorney's fees have been assigned to counsel.

        s/Daniel A.Edelman
        Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)